UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICK BONDS

        Plaintiff(s),                    Case No. 12-10371

v.                                                    Judge Gerald E. Rosen

PHILIPS ELECTRONIC                                    Magistrate Judge R. Steven Whalen
NORTH AMERICA

        Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __62__, filed __1/21/2014__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: The Opinion and Order did not contain Judge's signature.

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: January 23, 2014                    s/ Richard Loury
                                           Deputy Clerk