UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICK BONDS,

           Plaintiff,                        No. 12-10371

v.                                       District Judge Gerald E. Rosen
                                       Magistrate Judge R. Steven Whalen

PHILLIPS ELECTRONIC NORTH
AMERICA, ET AL.,

           Defendants.

_____ /

**ORDER**

Defendants' Motion to Cancel Settlement Conference and Schedule Status Conference, or, in the Alternative, to Permit Defendant's Representative to Attend Settlement Conference by Telephone [Doc. #69] is hereby GRANTED IN PART AND DENIED IN PART.


Defendant's motion to cancel the settlement conference is DENIED.  However, the motion is GRANTED to the extent that Defendant's representative may appear by telephone at the settlement conference scheduled for March 31, 2014, at 1:30 p.m. Defendant's representative, who shall have full settlement authority, will be available by telephone from 1:30 p.m. on the scheduled date, until released by the Court.  Defendant's

–1–

counsel shall be personally present at the settlement conference.

     IT IS SO ORDERED.


Dated: March 26, 2014                  s/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on March 26, 2014, electronically and/or by U.S. Mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable R. Steven Whalen